**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 08-cr-00340-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. BENJAMINE MAESTAS,
    a/k/a "Mover,"
2. LEONARD MARTINEZ,
    a/k/a "Leo,"
**3. ANTHONY SHIPPLEY,
    a/k/a "Buddy,"
4. RUBEN BRAVO,
    a/k/a "Big R,"**
6. ERNEST SALAS,
**7. EDWARD MONTANO,**
8. CARY WEINMAN,
**9. ADRIAN SISNEROS,
10. MICHAEL HEE,
    a/k/a "Hawaii Mike,"** and
11. WAYNE ORDAKOWSKI,
    a/k/a "Lumpy,"

       Defendants.

---

## **ORDER**

---

This matter is before the Court on the Government's unopposed motion for permission to supplement in order to correct representations that the government made in its Omnibus Response to Defendants' Motions to Suppress Wiretap Evidence [#500]. The Court having considered this motion and for good cause shown,

IT IS HEREBY ORDERED that the unopposed motion [#500] of the government is granted and that the government shall have up to and including September 1, 2009, to file it's supplement.

DATED  August 24, 2009.

BY THE COURT:

Robert E. Blackburn
United States District Judge