# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00340-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. ANTHONY SHIPPLEY,
4. RUBEN BRAVO, and
9. ADRIAN SISNEROS,

    Defendants.[1]

---

## MINUTE ORDER[2]

---

    The matter is before the court *sua sponte*. On February 11, 2010, the court entered an **Order Denying Defendants' Motions To Suppress Evidence** [#767][3], which resolved *pro tanto* the issues raised by and inherent to the various motions to suppress evidence derived from the various wiretaps employed by the government in this case, except for the issue of minimization (18 U.S.C. § 2518(5))[4] raised and preserved by defendants, Bravo and Sisneros, in the motions to suppress [#549] and [#554].

    This **Minute Order** is issued to set a setting conference at which the discreet issue of minimization will be set for evidentiary hearing and argument.

    **THEREFORE, IT IS ORDERED** that the court shall conduct a telephonic setting

---

[1] With the exception of defendant Bravo, whose circumstances are *sui juris*, the caption does not include any defendant who has entered into a plea agreement resulting in the conduct of change a change of plea hearing and/or a sentencing hearing.

[2] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[3] "[#767]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[4] *See* Order [#767] at 3, n.5.

conference on **April 13, 2010**, at 10:30 a.m. (MDT) during which the court shall set a hearing to receive evidence and argument on the issue of minimization (18 U.S.C. § 2518(5)); provided, furthermore, that counsel for the government shall arrange, schedule, and coordinate the conference call necessary to facilitate the setting conference.[5]

    Dated: April 6, 2010

---

[5] The defendants need not appear or participate in this purely ministerial setting conference.