**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. ANTHONY SHIPPLEY,
    a/k/a Buddy,
4. RUBEN BRAVO,
    a/k/a Big R, and
9. ADRIAN SISNEROS,

    Defendants.

## MINUTE ORDER[1]

On **August 12, 2010**, commencing at 9:00 a.m., the court shall conduct a setting and scheduling conference at which counsel and the defendants shall appear without further notice or order. At this conference the court shall set a hearing to consider pending pretrial motions that require a hearing, the trial preparation conference, and the jury trial.

To the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of defendant Ruben Bravo at this hearing.

Dated: July 27, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.