# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Action No. 08-cr-00340-REB-03

UNITED STATES OF AMERICA,

     Plaintiff,

v.

3. ANTHONY SHIPPLEY,
     a/k/a Buddy,

     Defendant.

---

## ORDER APPROVING JUROR QUESTIONNAIRE

---

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

Dated October 4, 2010 at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge