IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 08-cr-00340-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  ANTHONY SHIPPLEY,
    a/k/a Buddy,

    Defendant.

## AMENDED[1]
## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case; and

2. That this order and the attached Juror Questionnaire **SUPPLANTS** and **SUPERSEDES** the **Order Approving Juror Questionnaire** [#972] entered October 4, 2010, and the **Amended Juror Questionnaire** [#972-1] attached to that order.

Dated October 6, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

---

[1] This amended order and corrected juror questionnaire are necessary because the first juror questionnaire was incorrectly entitled, "Amended Juror Questionnaire."