**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  ANTHONY SHIPPLEY,
    a/k/a Buddy,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court *sua sponte*. This case is set for a sentencing hearing on February 4, 2011, at 3:30 p.m. An opening on the court's calendar to advance this hearing to an early time slot has be come available. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That the sentencing hearing set for February 4, 2011, at 3:30 p.m., is **VACATED** and is **RESET** on the court's calendar for February 4, 2011, at **2:30 p.m.**; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: January 28, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.