**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  ANTHONY SHIPPLEY,
    a/k/a Buddy,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court *sua sponte*. This matter is set for a sentencing hearing on Friday, February 4, 2011, at 2:30 p.m. Due to the inclement weather on January 31 and February 1, 2011, and its concomitant effects on the court's docket, it has become necessary to vacate and reset the sentencing hearing.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the sentencing hearing set for February 4, 2011, at 2:30 p.m., is **VACATED** and **CONTINUED**, pending further order of court;

    2. That on February 4, 2011, at 2:30 p.m, the court **SHALL CONDUCT** a telephonic setting conference to reset the sentencing hearing in this matter; and

    3. That counsel for the government **SHALL ARRANGE, INITIATE,** and **COORDINATE** the conference call necessary to facilitate the setting conference.

    Dated: February 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.