**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. ANTHONY SHIPPLEY,
    a/k/a Buddy,

    Defendant.

## MINUTE ORDER[1]

On February 4, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** that the sentencing hearing is set for **February 15, 2010**, commencing at 1:30 p.m. The court reserving the remainder of the afternoon for this hearing.

    Dated: February 4, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.